Dina L. Anderson
21001 N. Tatum Blvd
Suite 1630-608
Phoenix, AZ 85050

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: § | Case No. 2:11-BK-11029-DPC | |
| § | | |
| DENICE ARLENE FUENTES § | | |
| § | | |
| § | | |
| Debtor § | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/19/2011. The undersigned trustee was appointed on 04/19/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                $3,881.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $76.58 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $1,944.08 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,861.09 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/06/2011 and the deadline for filing government claims was 10/16/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $484.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $484.42, for a total compensation of $484.42[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $44.68, for total expenses of $44.68.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/18/2013     By: /s/ Dina L. Anderson
                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 2:11-bk-11029-DPC    Doc 25    Filed 12/27/13    Entered 12/27/13 09:30:48    Desc
Main Document    Page 2 of 11

| Case No.: | 11-11029-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | FUENTES, DENICE ARLENE | Date Filed (f) or Converted (c): | 04/19/2011 (f) |
| For the Period Ending: | 12/27/2013 | §341(a) Meeting Date: | 05/23/2011 |
| | | Claims Bar Date: | 09/06/2011 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BBVA COMPASS BANK CHECKING ACCOUNT | $2.00 | $2.00 | | $0.00 | FA |
| 2 | BBVA COMPASS BANK SAVINGS ACCOUNT | $10.00 | $10.00 | | $0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | $500.00 | $0.00 | | $0.00 | FA |
| 4 | BOOKS, PICTURES, CD'S, DVD'S, OTHER ART. | $100.00 | $0.00 | | $0.00 | FA |
| 5 | CLOTHING | $200.00 | $0.00 | | $0.00 | FA |
| 6 | TERM INSURANCE POLICY THROUGH EMPLOYER | $0.00 | $0.00 | | $0.00 | FA |
| 7 | STATE RETIREMENT | $10,401.15 | $0.00 | | $0.00 | FA |

**Asset Notes:** Debtor did not claim exemption in this asset but could have claimed the full amount.

| Ref. # | Asset Description | | Petition/Unscheduled Value | Estimated Net Value | Property Abandoned | Sales/Funds Received | FA |
|---|---|---|---|---|---|---|---|
| 8 | Garnishment by Collections USA | (u) | $413.52 | $413.52 | | $413.52 | FA |
| 9 | Non-exempt wages | (u) | $265.19 | $265.19 | | $265.19 | FA |
| 10 | 2011 Federal Tax Refund | (u) | $3,468.00 | $1,035.65 | | $2,979.73 | FA |
| 11 | 2011 State Tax Refund | (u) | $747.00 | $223.08 | | $223.08 | FA |
| INT | Interest Earned | (u) | Unknown | Unknown | | $0.23 | FA |

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| $16,107.09 | $1,949.44 | $3,881.75 | **Gross Value of Remaining Assets**<br>$0.00 |

**Major Activities affecting case closing:**
10/18/2013    TFR

**Initial Projected Date Of Final Report (TFR):**    11/23/2012        **Current Projected Date Of Final Report (TFR):**    11/30/2013        /s/ DINA L. ANDERSON  
                                                                                                                        DINA L. ANDERSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11029-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | FUENTES, DENICE ARLENE | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8703 | Checking Acct #: | ******1029 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/19/2011 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/27/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2012 | | Bank of America | Transfer Funds | 9999-000 | $3,842.84 | | $3,842.84 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.99 | $3,836.85 |
| 12/19/2012 | 5001 | DENICE ARLENE FUENTES | Debtor's pro rata share of 2011 tax refunds | 8500-002 | | $1,944.08 | $1,892.77 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.07 | $1,887.70 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.04 | $1,884.66 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.74 | $1,881.92 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,878.89 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,875.96 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.02 | $1,872.94 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.92 | $1,870.02 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,867.01 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,864.00 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,861.09 |
| | | | TOTALS: | | $3,842.84 | $1,981.75 | $1,861.09 |
| | | | Less: Bank transfers/CDs | | $3,842.84 | $0.00 | |
| | | | Subtotal | | $0.00 | $1,981.75 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $1,981.75 | |

| For the period of 4/19/2011 to 12/27/2013 | | For the entire history of the account between 11/01/2012 to 12/27/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,842.84 | Total Internal/Transfer Receipts: | $3,842.84 |
| | | | |
| Total Compensable Disbursements: | $37.67 | Total Compensable Disbursements: | $37.67 |
| Total Non-Compensable Disbursements: | $1,944.08 | Total Non-Compensable Disbursements: | $1,944.08 |
| Total Comp/Non Comp Disbursements: | $1,981.75 | Total Comp/Non Comp Disbursements: | $1,981.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-11029-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | FUENTES, DENICE ARLENE | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***8703 | Money Market Acct #: | ******1237 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/19/2011 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/27/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/06/2011 | (8) | Collections USA, Inc | Return of garnishment | 1241-000 | $413.52 | | $413.52 |
| 10/31/2011 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.53 | $412.99 |
| 11/30/2011 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.51 | $412.48 |
| 12/30/2011 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.51 | $411.97 |
| 01/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.54 | $411.43 |
| 02/29/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.49 | $410.94 |
| 03/13/2012 | | US Treasury | 2011 tax refunds; n/e wages | * | $3,468.00 | | $3,878.94 |
| | {10} | | 2011 Federal tax refund $2,979.73 | 1224-000 | | | $3,878.94 |
| | {9} | | Nonexempt wages $265.19 | 1229-000 | | | $3,878.94 |
| | {11} | | 2011 State tax refund $223.08 | 1224-000 | | | $3,878.94 |
| 03/30/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $3,878.96 |
| 03/30/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.78 | $3,876.18 |
| 04/30/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,876.21 |
| 04/30/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.92 | $3,871.29 |
| 05/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,871.32 |
| 05/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.92 | $3,866.40 |
| 06/29/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,866.43 |
| 06/29/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.60 | $3,861.83 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,861.86 |
| 07/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.06 | $3,856.80 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,856.83 |
| 08/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.90 | $3,851.93 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,851.96 |
| 09/28/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $4.42 | $3,847.54 |
| 11/01/2012 | (INT) | Bank of America | Interest Earned For November 2012 | 1270-000 | $0.03 | | $3,847.57 |
| 11/01/2012 | | Bank of America | Bank Service Fee | 2600-000 | | $4.73 | $3,842.84 |
| 11/01/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $3,842.84 | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 11-11029-DPC | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | FUENTES, DENICE ARLENE | **Bank Name:** | Bank of America |
| **Primary Taxpayer ID #:** | **-***8703 | **Money Market Acct #:** | ******1237 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 4/19/2011 | **Blanket bond (per case limit):** | $72,661,955.00 |
| **For Period Ending:** | 12/27/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,881.75 | $3,881.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,842.84 | |
| | | | **Subtotal** | | $3,881.75 | $38.91 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,881.75 | $38.91 | |

**For the period of 4/19/2011 to 12/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,881.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,881.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $38.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.91 |
| Total Internal/Transfer Disbursements: | $3,842.84 |

**For the entire history of the account between 06/06/2011 to 12/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,881.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,881.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $38.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.91 |
| Total Internal/Transfer Disbursements: | $3,842.84 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4    Exhibit B

| Case No. | 11-11029-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | FUENTES, DENICE ARLENE | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***8703 | Money Market Acct #: | ******1237 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/19/2011 | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/27/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,881.75 | $2,020.66 | $1,861.09 |

**For the period of 4/19/2011 to 12/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,881.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,881.75 |
| Total Internal/Transfer Receipts: | $3,842.84 |
| | |
| Total Compensable Disbursements: | $76.58 |
| Total Non-Compensable Disbursements: | $1,944.08 |
| Total Comp/Non Comp Disbursements: | $2,020.66 |
| Total Internal/Transfer Disbursements: | $3,842.84 |

**For the entire history of the case between 04/19/2011 to 12/27/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,881.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,881.75 |
| Total Internal/Transfer Receipts: | $3,842.84 |
| | |
| Total Compensable Disbursements: | $76.58 |
| Total Non-Compensable Disbursements: | $1,944.08 |
| Total Comp/Non Comp Disbursements: | $2,020.66 |
| Total Internal/Transfer Disbursements: | $3,842.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 11-11029-DPC | | | | | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | FUENTES, DENICE ARLENE | | | | | **Date:** | 12/27/2013 |
| **Claims Bar Date:** | 09/06/2011 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DINA L. ANDERSON 21001 N. Tatum Blvd., Suite 1630-608 Phoenix AZ 85050 | 04/19/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $484.42 | $484.42 | $0.00 | $0.00 | $0.00 | $484.42 |
| **Claim Notes:** | | | | | | | | | | | | |
| | DINA L. ANDERSON 21001 N. Tatum Blvd., Suite 1630-608 Phoenix AZ 85050 | 04/19/2011 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $44.68 | $44.68 | $0.00 | $0.00 | $0.00 | $44.68 |
| **Claim Notes:** | | | | | | | | | | | | |
| 1 | U.S. DEPARTMENT OF EDUCATION Payment Center PO Box 530260 Atlanta GA 30353 | 07/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,466.00 | $1,380.70 | $1,380.70 | $0.00 | $0.00 | $0.00 | $1,380.70 |
| 2 | UNITED CONSUMER FINANCIAL SERVICES Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson AZ 85712 | 09/21/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $234.84 | $234.84 | $234.84 | $0.00 | $0.00 | $0.00 | $234.84 |
| | | | | | | **$2,144.64** | **$2,144.64** | **$0.00** | **$0.00** | **$0.00** | | **$2,144.64** |

| | |  | |
|---|---|---|---|
| **Case No.** | 11-11029-DPC | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | FUENTES, DENICE ARLENE | **Date:** | 12/27/2013 |
| **Claims Bar Date:** | 09/06/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $1,380.70 | $1,380.70 | $0.00 | $0.00 | $0.00 | $1,380.70 |
| Tardy General Unsecured 726(a)(3) | $234.84 | $234.84 | $0.00 | $0.00 | $0.00 | $234.84 |
| Trustee Compensation | $484.42 | $484.42 | $0.00 | $0.00 | $0.00 | $484.42 |
| Trustee Expenses | $44.68 | $44.68 | $0.00 | $0.00 | $0.00 | $44.68 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:11-BK-11029-DPC
Case Name: DENICE ARLENE FUENTES
Trustee Name: Dina L. Anderson

Balance on hand: $1,861.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,861.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DINA L. ANDERSON, Trustee Fees | $484.42 | $0.00 | $484.42 |
| DINA L. ANDERSON, Trustee Expenses | $44.68 | $0.00 | $44.68 |

Total to be paid for chapter 7 administrative expenses: $529.10
Remaining balance: $1,331.99

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,331.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,331.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,380.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | U.S. Department of Education | $1,380.70 | $0.00 | $1,331.99 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,331.99 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $234.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | United Consumer Financial Services | $234.84 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |